UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                              21-CR-384 (CJN)
                                Sentencing: November 4, 2021

JONATHAN SANDERS

EXHIBITS 1-3

1

October 4, 2021

To whom it may concern,

Having spent 30 plus years working for the Department of Defense evaluating, training, leading and managing military and civilian personnel I feel confident that I can provide an accurate testimony to the quality of character of Jonathan Ace Sanders.

I have known Mr. Sanders for over 50 years and grew up with him and his family in our small town. His family's reputation was and is of the highest kind. Exemplary work ethic, commitment to community, love of country and fellow man were central to Mr. Sander's, Ace's, upbringing. I benefited from their family's example. Ace's father served in the Korean War where he experienced extreme combat. His conduct in service to our country in that war inspired many in our hometown to serve. This included his 2 sons and me. Though I never served directly with Ace, I did serve several years with his brother and was kept abreast of the many citations, awards, decorations and promotions Ace received in his career. The USAF does not promote or award mediocrity or persons of low moral character and Ace garnered some of the most prestigious of these accolades. The Purple Heart is included in his numerous recognitions.

I know Ace to be selfless, kind and loving. He would gladly sacrifice his life for his country and or his fellow man. He risked his life for years as a USAF member. In our community his reputation is stellar. As a plant manager he provided for hundreds of men and women the kind of leadership that creates a positive, uplifting and productive work environment. The people of our hometown love him for his service both in his military and civilian careers.

I can think of no finer example to share that would illustrate his quality than that I would trust him with the lives of my family. His integrity is beyond reproach and his commitment to our country exemplary.

Sincerely,

Matthew J. Sweeney  LTC USAF (ret)

7065 Christianburg Rd

Columbus, IN 47201

*1*

Stacy Blue H.F.A
2806 Elberta Drive
Vincennes, IN 47591
blue_s42321@yahoo.com
812-374-9383

To Whom It May Concern:

I am writing this Character Reference Letter for Jonathan "Ace" Sanders. I have known Ace for over forty years. Since we have met, I have known Ace to be a loyal, compassionate, caring man who has historically put the needs of others before his own.

In high school Ace excelled in athletics including Football and Wrestling. His coaches and teammates recognized his tremendous work ethic and supportive nature, and he quickly became a leader on both these teams. It was no surprise to me when he joined the armed forces and spent a lifetime serving our country. His bravery and valor in serving our country overseas was unquestioned and further validated when he received a Purple Heart while risking his life for the good of our country.

Later in life after finishing his commitment in the armed forces, Ace s turned his talents to serving our community. One of his passions was volunteering his time and energy to mentor the youth in our community. It is there where I had the chance to volunteer with him in the local youth baseball program. Ace was an excellent role model to the youth that we coached together. He had a great passion for teaching our youth lifelong values of fairness, hard work, and working as a team. His dedication to serving our youth in the community was exceptional. He was very accessible to the youth and their parents, and always had words of support and encouragement when needed. He was especially helpful to the underserved in our community and would spend extra time with youth who were dealing with difficult home situations.

Ace is dependable, trustworthy and one of the highest character people that I have had the pleasure to know. Ace has always shown a great deal of integrity in all his actions as a young man and later as an adult. I have asked him for advice many times in personal and professional situations as he has always proved to be wise counsel. His advice was always thoughtful, honest, and insightful.

I have personally witnessed his lifetime of achievement and compassion with an emphasis on integrity. I am happy to endorse his positive impact in serving our country and local community. Please feel free to contact me if you would like any further elaboration.

Thank you,

*Stacy T. Blue*

Stacy T. Blue H.F.A.

To Whom it my concern;   10-15-2021

I have known Jonathon (Ace) Sanders since grade school and I have never known him to be anything but a fine upstanding man. Always a gentleman!

He served our country honorably in the Air Force along with his wife, all while raising a family.

Our community is honored that he and Susan returned to Vincennes to live after retirement.

Sincerely,

Kelley K. Hopwood

*[signature]*

3